**Opinion issued April 7, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00259-CV

———————————

## IN RE JOSEPH DEGIOANNI AND EMTEL, INC., Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Joseph Degioanni and Emtel, Inc., have filed a petition for a writ of

mandamus, challenging an order granting real parties in interest Robert L.

Pendergraft and William P. Haddock's motion to stay the matter until the dispute is

resolved by arbitration.[1]

---

[1]     The underlying case is *Joseph Degioanni and Emtel, Inc. v. Robert L. Pendergraft and William P. Haddock*, cause number 2014-63317, pending in the 151st District Court of Harris County, Texas, the Honorable Mike Engelhart presiding.

We deny the petition.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.